**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NODIRBEK PRIMKULOV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2056-SLP |
| | ) | |
| FRED FIGEROA, Warden, | ) | |
| Diamondback Correctional Facility, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## O R D E R

Before the Court is Petitioner's Emergency Motion to Enforce the Court's Order of October 20, 2026, and for Immediate Release [Doc. No. 24]. While Respondents have typically provided an expedited response in similar cases, the Court notes that Respondents have not done so in relation to Petitioner's Motion. Respondents are directed to respond to the Motion on or before Friday, November 13, 2026 at 5:00 p.m.

IT IS SO ORDERED this 6th day of November 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**